CHASE, Appellant, v. VILLAGE OF OTEGO, Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the application of Elmer Chase against the Village of Otego for the appointment of commissioners. No opinion. Order reversed, with $10 costs and disbursements, upon the authority of Matter of Hunt v. Village of Otego, 160 App. Div. 158, 145 N. Y. Supp. 495, and matter remitted to Special Term. See, also, 154 N. Y. Supp. 1115.

CHASE v. VILLAGE OF OTEGO. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) In the matter of the application of Elmer Chase against the Village of Otego for the appointment of commissioners and assessment of damages. No opinion. Motion denied. See, also, 154 N. Y. Supp. 1115.

In re CHAS. HETZLER'S SONS, Inc. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) In the matter of the voluntary dissolution of the Chas. Hetzler's Sons, Incorporated, a domestic corporation. No opinion. Order affirmed, with $10 costs and disbursements.

CHATFIELD v. BUEHLER et al. (No. 7648.) (Supreme Court, Appellate Division, First Department, July 9, 1915.) Appeal from Special Term, New York County. Action by Alice Chatfield against Joseph Buehler, Jr., and others. From an order denying a motion for a bill of particulars, defendants appeal. Modified and affirmed. Lamont McLoughlin, of New York City, for appellants. Jay E. Whiting, of New York City, for respondent.

PER CURIAM. The order appealed from is modified so as to require plaintiff, so far as she is able, to give a bill of particulars of the following items of the defendant's demand: Second, third, fifth, sixth, seventh, eighth, ninth, tenth, eleventh, fifteenth, sixteenth, seventeenth, twenty-fourth, and twenty-sixth. And as so modified affirmed, without costs. Settle order on notice.

CHIAT v. GORDON. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Mollie Chiat, as administratrix, against Harry A. Gordon. No opinion. Motion granted, with $10 costs. Order filed.

CHILDS CO., Appellant, v. McNULTY et al., Respondents. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by the Childs Company against Patrick H. McNulty and others. H. M. Stevenson, of New York City, for appellant. W. F. Kimber, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

CITY OF NEW YORK v. APPLEBY et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by the City of New York against Edgar S. Appleby and others. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 154 N. Y. Supp. 93.

CITY OF NEW YORK, Respondent, v. BROOKLYN & MANHATTAN FERRY CO., Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by the City of New York against the Brooklyn & Manhattan Ferry Company. A. S. Gilbert, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CITY OF NEW YORK, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by the City of New York against Jacob Levy. T. Downs, of New York City, for appellant. J. F. O'Brien, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CITY OF OLEAN, Respondent, v. BARTH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by the City of Olean against John Barth.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, P. J., not sitting.

CITY OF SALAMANCA, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by the City of Salamanca against G. Fred Miller. No opinion. Judgment and order affirmed, with costs.

CLARK, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Anita Clark against the Interborough Rapid Transit Company. A. H. Cole, of New York City, for appellant. J. W. Bermant, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted on payment of costs of action to date to be taxed. Order filed.

CLARK et al., Respondents, v. MADISON AVE. REAL ESTATE CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Hermine E. Clark and others against the Madison Avenue Real Estate Company, impleaded with others. F. Bien, of New York City, for appellants. H. Clark, Jr., of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CLARKE, Respondent, v. UHL, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Bridget Clarke against Herman Uhl. W. A. Jones, Jr., of New York City, for appellant. S. H. Molleson, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.